ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY
Chief, Special Crime Section

WILLIAM L. SHIPLEY #9066
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 06 2013
at 2 o'clock and 57 min P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR13-00129 SOM

| UNITED STATES OF AMERICA, | ) CR. NO. |
|---|---|
| Plaintiff, | ) INDICTMENT |
| vs. | ) Count 1: 18 U.S.C. § 922(g)(3) |
| MARCO PAULO RODRIGUES, | ) |
| Defendant. | ) |

INDICTMENT

COUNT 1
(UNLAWFUL USER OF CONTROLLED SUBSTANCES
IN POSSESSION OF A FIREARM)

The Grand Jury charges that:

On or about January 24, 2013, in the District of Hawaii, the defendant, Marco Paulo Rodrigues, who is an unlawful user of and addicted to controlled substances, did knowingly possess in and affecting interstate and foreign commerce, a

firearm, that is, a Savage Arms model 65M .22 caliber rifle, serial number C082965, said firearms having previously been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: February 6, 2013, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

THOMAS J. BRADY
Chief, Special Crime Section

WILLIAM L. SHIPLEY
Assistant U.S. Attorney

UNITED STATES v. MARCO PAULO RODRIGUES
INDICTMENT
Cr. No. _____