FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
Chief, Special Crime Section

WILLIAM L. SHIPLEY #9066
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 13-00129 SOM |
|---|---|---|
| Plaintiff, | ) ) | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| MARCO PAULO RODRIGUES, | ) ) | Date: June 10, 2013 Judge: Susan Oki Mollway |
| Defendant. | ) ) | |

GOVERNMENT'S SENTENCING STATEMENT

The United States has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: May 1, 2013, at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　　　FLORENCE T. NAKAKUNI
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Hawaii

　　　　　　　　　　　　　　　　　　By /s/ William L. Shipley
　　　　　　　　　　　　　　　　　　　　WILLIAM L. SHIPLEY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

    SHANLYN A.S. PARK          Shanlyn_park@fd.org
    Attorney for Defendant
    MARCO PAULO RODRIGUES

Served by Hand-Delivery:

    **U.S. PROBATION OFFICER**
    Attn: ELLIE ASASAKI
    300 Ala Moana Boulevard, Room 2-300
    Honolulu, Hawaii 96850

    DATED:  May 1, 2013, at Honolulu, Hawaii.


                                         _/s/ Kari Cadelinia___
                                         U.S. Attorney's Office
                                         District of Hawaii